UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TONY C. CURRY,
Institutional ID No. 01248123
SID No. 06970556

                          Plaintiff,

v.                                              No.  5:23-CV-00129-H

RICKY J. REYES, *et al.*,

                  Defendants.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated December 6, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge